UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
DIVISION



UNITED STATES OF AMERICA

vs.                              Case No: 7:10-CR-11-1H

RUSHAUN NECKO PARKER          ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 28, 2011 be turned over to Detective Kenneth Becker be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 23 | Package of Crack Cocaine |

This 28th day of February, 2011.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____