UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-11-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| RUSHAUN NECKO PARKER | ) | |
| a/k/a "Duke" | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to RUSHAUN NECKO PARKER, a/k/a "Duke," be changed to reflect the proper identification of the defendant by including the following a/k/a "RUSHAUN NEKOE PARKER" and "RUSHAUN NIKOE PARKER".

This the __1st__ day of   March   2011.

MALCOLM C. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE