

UNITED STATES OF AMERICA

vs.                                          Case No: 7:10-CR-11-1H

RUSHAUN NECKO PARKER                          ORDER


IT IS HEREBY ORDERED that the following government exhibit(s) admitted into

evidence on **March 1, 2011** be turned over to **Detective Kenneth Becker** be retained

in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 15 | Package of Crack Cocaine |
| 16 | Package of Crack Cocaine |


This 1st_ day of March, 2011.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____