# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## CRIMINAL SESSION COMMENCING
## TUESDAY, JUNE 14, 2011 @ 10:00 a.m.
## GREENVILLE COURTHOUSE

### THE HONORABLE MALCOLM J. HOWARD
### SENIOR UNITED STATES DISTRICT JUDGE PRESIDING

---

**PER SENIOR UNITED STATES DISTRICT**
**JUDGE MALCOLM J. HOWARD**:
**THE POLICY** for filing motions to continue: Any motion to continue must be filed by noon on the Wednesday preceding the court term beginning Tuesday, June 14, 2011. **No motions to continue,** filed after the Wednesday noon deadline, will be considered and counsel will be expected to appear for the hearing at the scheduled date & time.

---

*Please notify the Clerk's Office if an interpreter is required and this has not been noted on the calendar. Likewise, if an interpreter has been scheduled for your case and is not needed, please advise the Clerk's Office.*

---

Arraignments and pleas will be heard by Magistrate Judge David W. Daniel, beginning on Wednesday, June 8th and Thursday, June 9th (the week prior to Judge Howard's term) in Greenville. Please check your hearing date and courtroom location carefully.

---

1

## Arraignments - Wednesday, June 8, 2011 @ 9:30 a.m.
## Magistrate Judge David W. Daniel - Greenville Courtroom

**NIJIM,** Omar M.      **4:11-CR-12-5H**
(Bond)
    AUSA: Eric Evenson
    ATTY: Jason Harris


**BELL,** Charles Lindburg      **4:11-CR-23-1H**
(Custody)
    AUSA: John Bennett
    ATTY: Robert Hale, Jr.


**DANIELS,** Kaonte Asa Duval      **4:11-CR-35-1H**
(Custody)
    AUSA: Katherine Burnette
    ATTY: Mark Stewart


**DAVIDSON,** Eldon Ray      **5:10-CR-317-1H**
(Bond)
    AUSA: John Bennett
    ATTY: Kelly Greene


**GREEN,** Frederick      **5:10-CR-372-1H**
(Custody)
    AUSA: Yvonne Watford-McKinney
    ATTY: Debra Graves


**YATES**, William      **5:10-CR-373-1H**
(Custody)
    AUSA: Tobin Lathan
    ATTY: Lewis Thompson, III

**ARTIS,** Corey Earl                                                      5:11-CR-14-1H
(Custody)
    AUSA: John Bennett
    ATTY: Robert Hale, Jr.

---

## Arraignments - Thursday, June 9, 2011 @ 9:30 a.m.
## Magistrate Judge David W. Daniel - Greenville Annex

**WEBB**, Anrico Marquise                                                  2:10-CR-41-3H
(Custody)
    AUSA: Denise Walker
    ATTY: Joseph Bell, Jr.

**VILLANUEVA,** Gabino Raygoza                                             2:11-CR-12-1H
*Spanish Interpreter Requested*
(Other Custody)
    AUSA: Denise Walker
    ATTY: Kindelle McCullen

**DANIELS**, Tony Terrail                                                  5:10-CR-327-2H
(Custody)
    AUSA: Denise Walker
    ATTY: Mary Jude Darrow

**SLADE,** Edward Dewight                                                  7:09-CR-4-1H
(Custody)
    AUSA: Denise Walker
    ATTY: Christopher Locascio

**Plea to Criminal Information - Thursday, June 9, 2011 @ 9:30 a.m.**
**Magistrate Judge David W. Daniel - Greenville Annex**

**HORNE,** Frederick Bernard                                      **4:11-CR-38-1H**
(Not in Custody - First Appearance)
    AUSA: Rudy E. Renfer
    ATTY: James A. Martin

**MAYERS,** Nicole Grady                                           **4:11-CR-38-2H**
(Not in Custody - First Appearance)
    AUSA: Rudy E. Renfer
    ATTY: Kindelle McCullen

**HODGES**, Andra Yvonne                                        **5:11-CR-108-1H**
(Not in Custody - First Appearance)
    AUSA: Felice Corpening
    ATTY: H. Gerald Beaver

**MARTINEZ,** Salvador Hernandez                            **5:11-CR-115-1H**
*Spanish Interpreter Requested*
(Not in Custody - First Appearance)
    AUSA: Nathan Huff
    ATTY: Robert Nunley

**Re-Sentencing Upon Remand From 4th Circuit Court of Appeals**
**Tuesday, June 14, 2011 @ 10:00 am**
**Senior Judge Malcolm J. Howard - Greenville Courtroom**

**TROTMAN,** Enerva    **4:91-CR-92-1H**
(Custody)
    AUSA: John Bennett
    ATTY: Mitchell Styers


**Sentencings - Tuesday, June 14, 2011 @ 10:00 am**
**Senior Judge Malcolm J. Howard - Greenville Courtroom**

**BASNIGHT,** Eric James    **2:10-CR-41-1H**
(Custody)
    AUSA: Denise Walker
    ATTY: Myron Hill, Jr.
    USPO: Paige Stocks


**MORRIS**, Ahmad Darnell    **2:10-CR-41-2H**
(Custody)
    AUSA: Denise Walker
    ATTY: Robert J. McAfee
    USPO: Paige Stocks


**USSERY SR.,** Derrick Keith    **4:10-CR-30-1H**
(Custody)
    AUSA: Joshua Royster
    ATTY: Mark Ward
    USPO: Lakesha Holley


**FAISON,** Tremayne Darius    **5:10-CR-327-1H**
(Custody)
    AUSA: Denise Walker
    ATTY: Geoffrey Willis
    USPO: Danele Williams

## Sentencings - Tuesday, June 14, 2011 @ 1:00 pm
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**WRIGHT,** Mary Rose     5:09-CR-348-1H
(Bond)
    AUSA: Banu Rangarajan
    ATTY: Robert Bell, III
    USPO: Julie Rosa

**WILLIAMS,** Corey Syvallus     5:10-CR-220-1H
(Bond)
    AUSA: Ethan Ontjes
    ATTY: Devon Donahue
    USPO: Shelley Barnhill

**DAVIS,** Jervis Ricky     5:10-CR-311-1H
(Custody)
    AUSA: Tobin Lathan
    ATTY: Robert Bell, III
    USPO: Chris Cagle

**OGUNDEJI,** Benny Edward     7:10-CR-90-1H
(Bond)
    AUSA: Thomas Murphy
    ATTY: Robert Bell, III
    USPO: Michael Higgins

6

Case 7:10-cr-00011-H   Document 76   Filed 05/25/11   Page 6 of 10

## Sentencings - Wednesday, June 15, 2011 @ 9:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**GOMEZ-SEGURA**, Javiel                                    5:10-CR-258-1H
*Spanish Interpreter Requested*
(Custody)
    AUSA: Rudy E. Renfer
    ATTY: Andrew McCoppin
    USPO: Marianna Burnette


**CARDONA-MARTINEZ**, Juan Manuel                           5:11-CR-4-1H
*Spanish Interpreter Requested*
(Custody)
    AUSA: Sebastian Kielmanovich
    ATTY: Stephen Gordon
          Sonya Allen
    USPO: Danele Williams


**RAMIREZ-MORAZAN**, Sergio Rene                            5:11-CR-18-1H
*Spanish Interpreter Requested*
(Custody)
    AUSA: Sebastian Kielmanovich
    ATTY: Andrea Barnes
    USPO: Marianna Burnette


**HENRY,** Deames                                           7:10-CR-61-1H
(Custody)
    AUSA: Jennifer Wells
    ATTY: Andrea Barnes
    USPO: Shelley Barnhill

## Sentencings - Wednesday, June 15, 2011 @ 1:00 pm
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**JOHNSON,** Michael Ray     **2:10-CR-47-1H**
(Custody)
    AUSA: Denise Walker
    ATTY: Mary Jude Darrow
    USPO: Lakesha Holley

**PARKER**, Rushaun Necko     **7:10-CR-11-1H**
(Custody)
    AUSA: Timothy Severo
    ATTY: James Walen
    USPO: David Leake

**BROOKS,** Phillip Allen     **7:10-CR-80-1H**
(Other Custody)
    AUSA: Yvonne Watford-McKinney
    ATTY: Suzanne Little
    USPO: Danele Williams

**HERRING**, Sonia Michele     **7:10-CR-133-1H**
(Bond)
    AUSA: William Gilmore
    ATTY: Mary Jude Darrow
    USPO: Josh Cantafio

**Supervised Release Revocation Hearings**
**Thursday, June 16, 2011 @ 9:00 a.m.**
<u>**Senior Judge Malcolm J. Howard - Greenville Courtroom**</u>

**TYSON,** Daryl Bernard**4:97-CR-37-1H**
(Custody)
AUSA: Timothy Severo
ATTY: Ed Walker
USPO: Dwayne Benfield


**McKOY**, Marcus Dion**4:99-CR-57-2H**
(Custody)
AUSA: Duty Attorney
ATTY: Ed Walker
USPO: Thomas Sheppard


**WEBB,** Robert Lopez**4:01-CR-1-3H**
(Custody)
AUSA: Eric Evenson
ATTY: Ed Walker
USPO: Dewayne Smith


**TYSON JR.** , Benjamin Earl**4:03-CR-88-3H**
(Custody)
AUSA: W. Glenn Perry
ATTY: Ed Walker
USPO: Maurice Foy


**EVANS,** Gregory Lamonte**5:95-CR-184-2H**
(Custody)
AUSA: Jennifer Wells
ATTY: Robert Cooper
USPO: Dewayne Smith

9

Case 7:10-cr-00011-H   Document 76   Filed 05/25/11   Page 9 of 10

**ELLISON**, William Eugene  **5:01-CR-210-1H**
(Custody)
    AUSA: Kimberly Moore
    ATTY: Ed Walker
    USPO: Maurice Foy

End of Calendar