UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:10-CR-11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER ALLOWING |
| VS. ) | DEFENDANT'S MOTION FOR LEAVE |
| ) | TO REPRODUCE AND DISCLOSE |
| RUSHAUN NECKO PARKER ) | THE PRESENTENCE INVESTIGATION |
| ) | REPORT TO THE PRINTER FOR |
| ) | USE IN APPEAL |

THIS MATTER is before the Court on Defendant's motion for leave to reproduce and disclose the presentence investigation report to the printer for use in appeal. The motion is dated and filed July 10, 2013. For good cause shown, said motion is ALLOWED. Defendant's counsel may reproduce and distribute said document for use in connection with the prosecution of the appeal before the Fourth Circuit in Record No. 13-4030.

This the 11th day of July, 2013.

The Honorable Malcolm J. Howard
Senior United States District Judge