IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-11-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RUSHAUN NECKO PARKER, | ) | |
| Defendant | ) | |

This matter is before the court on defendant's pro se motion to reduce his sentence pursuant to § 404 the First Step Act of 2018 [DE #178]. Defendant previously filed a motion for reduction of sentence which this court denied by order filed January 29, 2020 [DE #170.] Defendant then appealed that ruling, and the Fourth Circuit affirmed this court's judgment [DE #175 and #176]. Therefore, the current motion [DE #178] is DENIED.

This 24th day of September 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26