IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-11-H

UNITED STATES OF AMERICA,  )
                           )
     v.                    )
                           )          **ORDER**
                           )
RUSHAWN NECKO PARKER,      )
     Defendant.            )

This matter is before the court on defendant's motion to amend this court's order [DE # 191] denying his First Step Act motion. Defendant has appealed this decision to the Fourth Circuit [DE #192]. While an appeal is pending, this court is without jurisdiction in this matter. Therefore, the motion to amend [DE #196] is terminated as moot.

This 12th day of April 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26