IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-11-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>RUSHAN NECKO PARKER, )<br>)<br>Defendant. ) | **ORDER** |

For the reasons stated in the government's response in opposition [D.E. 213], the court DENIES defendant's motion for release [D.E. 200].

SO ORDERED. This 23 day of August, 2022.

                                              JAMES C. DEVER III
                                              United States District Judge