IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:10-CR-11-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RUSHAUN NECKO PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's latest motion to reduce sentence [D.E. 248]. Cf. [D.E. 241, 249].

SO ORDERED. This 28 day of July, 2025.

JAMES C. DEVER III
United States District Judge