IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-11-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RUSHAUN NEKOE PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant again seeks relief under 18 U.S.C. § 3582(c) and Amendment 821 of the United States Sentencing Guidelines. See [D.E. 253]. The court again DENIES defendant's motion for sentence reduction. See [D.E. 241, 249, 250, 251]. Moreover, and in any event, the factors under 18 U.S.C. § 3553(a) and defendant's serious infractions in custody warrant denying relief. See, e.g., [D.E. 241] 8-14; see also [D.E. 252, 226, 198].

SO ORDERED. This 23 day of April, 2026.

JAMES C. DEVER III
United States District Judge